JS-6

Daniel Cooper (SBN 153576)
daniel@sycamore.law
Jesse C. Swanhuyser (SBN 282186)
jesse@sycamore.law
Jessica D. Hollinger (SBN 344211)
jessica@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, CA 94129
Tel: (415) 360-2962

Barak Kamelgard (SBN 298822)
Barak@lawaterkeeper.org
Benjamin Harris (SBN 313193)
Ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation, | Case No. 2:23-cv-07329-CAS (SKx) |
| Plaintiff, | CONSENT DECREE |
| vs. | |
| UNIVERSITY OF CALIFORNIA, LOS ANGELES, a public entity, | Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387 |
| Defendant. | |

**WHEREAS**, Los Angeles Waterkeeper ("LA Waterkeeper" or "Plaintiff") is a 501(c)(3) non-profit public benefit corporation organized under the laws of the State of California, with its main office in Los Angeles, California;

**WHEREAS**, LA Waterkeeper is dedicated to the preservation, protection and defense of the surface, ground, coastal, and ocean waters of Los Angeles County from all sources of pollution and degradation;

**WHEREAS**, Plaintiff erroneously named the University of California, Los Angeles as the Defendant in this case and the proper party is The Regents of the University of California ("The Regents" or the "Defendant"). The Regents is an instrumentality of the State of California. The Regents is a constitutional corporation that is established and governed by the laws of, and funded by, the State of California. Cal. Const. art. IX, § 9. The Regents is also a public entity within the meaning of Title II, 42 U.S.C. § 12131(1)(B) and 28 C.F.R. § 35.104, and under California law, Cal. Gov't Code §§ 945, 811.2;

**WHEREAS**, the University of California, Los Angeles ("UCLA") is a campus owned and operated by The Regents. The term "UCLA" in this Consent Decree refers to actions taken by or with respect to the campus in connection with this Consent Decree;

**WHEREAS,** The Regents owns and operates a co-Generation facility located on the UCLA campus at and near 731 Charles E. Young Drive South, Los Angeles, California 90095 ("Co-Gen Facility" or "Facility"). The Facility's primary industrial activities include electric power generation, transmission, and distribution, providing 85% of the electrical power for UCLA's campus;

**WHEREAS,** the Facility also generates chilled water for cooling and steam for heating, transmitted through distribution lines to over 60 campus buildings;

**WHEREAS**, storm water discharges associated with industrial activity at the Facility are regulated under the National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 [State Water Resources Control Board], Water Quality Order No. 2014-57-DWQ as amended on November 6, 2018 ("General Permit" or "Permit"), and the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, *et seq.* ("Clean Water Act" or "CWA"), Sections 301(a) and 402, 33 U.S.C. §§ 1311(a), 1342;

**WHEREAS**, the Facility's self-reported sampling data establish that storm water discharges into Sepulveda Channel, Ballona Creek, Ballona Creek Estuary, and Santa Monica Bay contain copper, zinc, iron, TSS, and pH that exceed applicable standards;

**WHEREAS,** the receiving waters of the Facility's discharges are 303(d) listed as impaired and/or have approved Total Maximum Daily Loads for: copper, zinc, and lead for Sepulveda Channel and Ballona Creek, and cadmium, PAHs, arsenic, and mercury for Ballona Creek Estuary and Santa Monica Bay;

**WHEREAS**, on February 18, 2021, the Regional Board issued UCLA a Time Schedule Order ("TSO"), imposing a deadline to achieve compliance with discharge standards. On December 11, 2021, the Regional Board amended the 2021 TSO to extend the implementation deadline. On September 13, 2023, the Regional Board amended the TSO and extended the implementation deadline to December 1, 2025;

3

**WHEREAS**, in July 2021, UCLA began the process of designing an on-site storm water capture and reuse system that will eliminate the 85th percentile, 24-hour storm from entering the MS4 system.  The project's design was completed in Q2 of 2022.  UCLA then published and re-published five advertisements for qualified bidders between Q3 of 2022 and Q2 of 2023. On June 28, 2023, UCLA executed its Recommendation for Award of the contract, and on July 24, 2023, issued the Notice to Proceed to the contractor to begin construction of the capture and reuse system;

**WHEREAS**, on June 28, 2023, LA Waterkeeper issued a notice of intent to file suit under Sections 505(a)(1) and (f) of the Clean Water Act, 33 U.S.C. § 1365(b)(1)(A) ("60-Day Notice Letter) to Defendant, its registered agent, the Administrator of the United States Environmental Protection Agency ("U.S. EPA"), the State Water Resources Control Board ("State Board"), the Regional Water Quality Control Board, Los Angeles ("Regional Board"), the United States Attorney General, and the Regional Administrator of the U.S. EPA (Region IX) alleging violations of the General Permit and Act at the Facility.

**WHEREAS**, on September 5, 2023, LA Waterkeeper filed a complaint ("Complaint") against Defendant in the United States District Court, Central District of the California entitled *Los Angeles Waterkeeper v. UCLA*, (Civil Case No. 2:23-cv-07329);

**WHEREAS**, in its 60-Day Notice Letter and Complaint, LA Waterkeeper alleges, among other things, that Defendant has repeatedly discharged industrial storm water in violation of the General Permit and Clean Water Act;

1    **WHEREAS**, The Regents denies the allegations set forth in the 60-Day Notice

2    Letter and Complaint;

3    **WHEREAS**, Plaintiff and Defendant (collectively "the Parties"), without either

4    adjudication of LA Waterkeeper's claims or any admission by The Regents of any

5    alleged violation, believe it is in their mutual interest to enter into a Consent Decree

6    setting forth terms and conditions appropriate to resolving the allegations set forth in

7    the 60-Day Notice Letter and Complaint without further proceedings;

8    **WHEREAS**, all actions taken by The Regents pursuant to this Consent Decree

9    shall be made in compliance with all applicable federal and state laws and regulations.

10   **NOW, THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE**

11   **SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS**

12   **FOLLOWS**:

13   1.    The Court has jurisdiction over the subject matter of this action pursuant

14   to Section 505(a)(1)(A) of the CWA, 33 U.S.C. § 1365(a)(1)(A).

15   2.    Venue is appropriate in the Central District Court pursuant to Section

16   505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), because the Facility at which the

17   alleged violations are taking place is located within this District.

18   3.    The Complaint states a claim upon which relief may be granted against

19   Defendant pursuant to Section 505 of the CWA, 33 U.S.C. § 1365.

20   4.    LA Waterkeeper has standing to bring this action.

21   5.    The Court shall retain jurisdiction over this action and the Parties for

22   purposes of interpreting, modifying, and/or enforcing the terms of this Consent

23   Decree.

# I.     OBJECTIVES

6.      It is the express purpose of the Parties through this Consent Decree to further the objectives of the Clean Water Act, and to resolve all issues alleged by LA Waterkeeper in its 60-Day Notice Letter and Complaint. These objectives include compliance with the provisions of this Consent Decree, compliance with all terms and conditions of the General Permit, and compliance with all applicable sections of the Clean Water Act at the Facility.

7.      In light of these objectives and as set forth fully below, the Parties agree to comply with the provisions of this Consent Decree, and The Regents agrees to comply with the applicable terms, conditions, and requirements of the General Permit and Clean Water Act at the Facility.

# II.    AGENCY REVIEW AND CONSENT DECREE TERM

## A.     Agency Review of Consent Decree

8.      <u>Agency Review</u>. LA Waterkeeper shall submit this Consent Decree to the United States Department of Justice and the United States Environmental Protection Agency (the "Federal Agencies") for agency review consistent with 40 C.F.R. § 135.5. The agency review period expires forty-five (45) calendar days after receipt by the Federal Agencies, as evidenced by certified return receipts, copies of which shall be provided to The Regents, or upon the date that the Federal Agencies provide a no objection letter, whichever is earlier ("Agency Review Period"). In the event that the Federal Agencies object to entry of this Consent Decree or to any portion of this Consent Decree, the Parties shall meet and confer to attempt to resolve the issue(s) raised by the Federal Agencies. If the Parties are unable to resolve any issue(s) raised

by the Federal Agencies in their comments, the Parties agree to expeditiously seek a settlement conference with the assigned Magistrate Judge to resolve any issue(s).

9. <u>Court Notice</u>. LA Waterkeeper shall notify the Court of the receipt date by the Federal Agencies, as required by 40 C.F.R. § 135.5.

10. <u>Entry of Consent Decree</u>. Following expiration of the Agency Review Period, LA Waterkeeper shall submit the Consent Decree to the Court and request entry.

**B.    Effective Date and Term of Consent Decree**

11. <u>Effective Date</u>. The Effective Date of this Consent Decree shall be the latest date of execution by the Parties.

12. <u>Term & Termination</u>. The "term" of this Consent Decree shall be the period between the Effective Date and the date when this Consent Decree terminates. This Consent Decree shall terminate the later of either: thirty (30) days after UCLA's installation of the Permanent Stormwater Capture and Reuse System as described in paragraph 17; or, thirty (30) days after UCLA's completion of the Environmental Mitigation Projects described in paragraphs 31-36 below ("Termination Date").

**III.    COMMITMENTS OF THE PARTIES**

**A.    Non-Storm Water Discharge Prohibition**

13. Any unauthorized non-storm water discharge, as defined in the General Permit, from the Facility shall be a violation of this Consent Decree. *See* General Permit §§ III–IV.

**B.    Interim Storm Water Pollution Controls**

14.     <u>Source Control</u>. Within thirty (30) days of the Effective Date, UCLA shall remove all materials, equipment, or racking not in immediate use and store them indoors.

15.     <u>Pressure Washing</u>. As soon as possible, but no later than November 30, 2023, UCLA shall pressure wash the entire roof area at the Facility sufficient to remove all dirt and sediment from the Facility roof area, including without limitation, where feasible, equipment and equipment racks, coverings or roofing over equipment, and roof surfaces under equipment. UCLA shall capture all wash-water generated by the pressure washing, sample the wash-water for, at a minimum copper and zinc, and dispose of the wash-water consistent with State Law. UCLA shall send LA Waterkeeper the wash-water sample results no later than December 22, 2023.

16.     <u>Stormwater Filtration</u>. As soon as possible, but no later than November 15, 2023, UCLA shall install improved multi-media stormwater filter socks at each stormwater discharge point on the Facility roof. UCLA shall install either:

      a.   BiocharBAZIC™ using Stormwater Treatment Media that is a blend of StormwaterBIOCHAR™, and StormwaterZEOLITE™; https://stormwaterbiochar.com/medias/biocharbazic/; or:

      b.   BiocharPEAT™ using Stormwater Treatment Media that is a blend of StormwaterBIOCHAR™, StormwaterPEAT™ and StormwaterSHALE™; https://stormwaterbiochar.com/medias/biochar-peat/.

**C.     Permanent Stormwater Capture and Reuse**

17.     On or before September 15, 2024, UCLA shall complete installation of the stormwater and capture and reuse system described in Exhibit A attached hereto and incorporated herein. UCLA shall provide Plaintiff with written notice (via email) of installation and functionality of the capture and reuse system on or before September 20, 2024.

### D.     Storm Water Pollution Prevention Plan

18.     <u>Interim SWPPP Revision</u>. UCLA shall update its Storm Water Pollution Prevention Plan ("SWPPP") and submit the complete, updated SWPPP to LA Waterkeeper within thirty (30) calendar days of the Effective Date.

19.     The updated SWPPP shall reflect the interim stormwater pollution control measures set out in paragraphs 14-16 above.

20.     The SWPPP shall contain, at a minimum, the following elements:

a.     a revised pollutant source assessment, including all elements required by section X.G of the General Permit, as well as assessments of the potential for the Facility's storm water discharges to contain pollutants for which the Receiving Waters are 303(d) listed and/or have Total Maximum Daily Loads;

b.     a detailed narrative description of each industrial activity with the potential to impact storm water quality occurring at the Facility as required by section X.G of the General Permit;

c.     descriptions of all Best Management Practices in accordance with section X.H.4 of the General Permit, including without limitation Best Management Practices required by this Consent Decree;

d.      a set of site maps that comply with section X.E of the General Permit and provisions of this Consent Decree; and

e.      a Monitoring Implementation Plan as required by sections XI and X.I of the General Permit.

21.     SWPPP Review. LA Waterkeeper shall have thirty (30) calendar days from receipt of the complete, updated SWPPP described in paragraphs 18-20 above to propose any modifications or additions. Within thirty (30) days of receiving LA Waterkeeper's comments and proposed changes to the SWPPP, UCLA shall consider each of the comments and proposed changes and either accept them or explain in writing why a proposed change is not incorporated. Following its incorporation of proposed modification or additions (if any) into the revised SWPPP, UCLA shall upload the SWPPP to the Stormwater Multiple Application and Report Tracking System ("SMARTS") database.

22.     SWPPP Revision to Incorporate Permanent Stormwater Capture and Reuse. On or before September 15, 2024, UCLA shall revise and update its SWPPP to incorporate the permanent stormwater capture and reuse system set out in paragraph 17 above and submit the complete, updated SWPPP to LA Waterkeeper.

23.     In the event of any dispute regarding UCLA's incorporation of and/or responses to LA Waterkeeper's proposed modifications or additions to a SWPPP and/or Site Map(s), either Party may invoke the Dispute Resolution procedures set out in Section IV of this Consent Decree.

24.     <u>Rain Data</u>. Data collected and reported to NOAA for the "UCLA, CA" rain gauge (https://www.weather.gov/wrh/Climate?wfo=lox) shall be conclusive of precipitation quantities and timing for all purposes of this Consent Decree.

**F.     Compliance Monitoring and Reporting**

25.     <u>Interim Treatment System Inspection</u>. LA Waterkeeper may conduct one (1) inspection following UCLA's completion of interim measures pursuant to paragraphs 15-16 above to confirm cleaning, installation, sizing, and operation.

26.     <u>Capture and Reuse Inspection</u>. LA Waterkeeper may conduct one (1) annual site inspection for the purpose of ensuring compliance with this Consent Decree and the General Permit during the term of this Consent Decree.

27.     <u>Site Inspection Notice</u>. Any site inspection shall occur Monday through Friday between 8:00 a.m. and 5:00 p.m. LA Waterkeeper shall provide UCLA with no less than forty-eight (48) hours' notice (two business days excluding holidays) prior to an anticipated dry-weather inspection, and twenty-four (24) hours' notice (one business day excluding holidays) prior to an anticipated wet-weather inspection. Notice will be provided by electronic mail to the individual(s) designated below at paragraph 58.

28.     <u>Inspection Details</u>. LA Waterkeeper shall limit inspection participants to three individuals, including a technical consultant. During any inspection, LA Waterkeeper's representative(s) shall be permitted to take photographs/digital images or video recordings, as well as collect water samples.

29.     <u>Document Provision</u>. During the term of this Consent Decree, Defendant shall:

a.      copy LA Waterkeeper on all documents and written communications submitted to the Los Angeles Regional Water Quality Control Board, Region 4, or the State Water Resources Control Board, and/or any other Federal, State, local agency, county, or municipality that are related to compliance with the General Permit and/or this Consent Decree (excepting annual reports submitted to SMARTS to comply with the General Permit);

b.      provide LA Waterkeeper with all documents and written communications directly related to compliance with the General Permit and/or this Consent Decree that are received by The Regents from any Federal, State, local agency, county, or municipality within seven (7) calendar days of receipt by The Regents; and

c.      provide LA Waterkeeper with complete and accurate copies of any and all records, including without limitation photos, logs, reports, and communications, required by this Consent Decree and/or the General Permit, within five (5) business days of a written request.

30.      <u>Monitoring Compliance Costs</u>. UCLA shall partially defray costs associated with LA Waterkeeper's monitoring compliance with this Consent Decree by making a payment of ten thousand dollars ($10,000.00) for the first year of the term and subsequent payments of five thousand dollars ($5,000.00) for each year of the term thereafter. Payment shall be delivered by certified mail or overnight delivery within forty-five (45) calendar days of the Effective Date, for the initial payment, and on each applicable anniversary of the Effective date for each payment thereafter, to: Los Angeles Waterkeeper, 360 E. 2nd Street, Suite 250, Los Angeles, CA 90012.

**G.      Environmental Mitigation**

31.   <u>Environmental Mitigation Project</u>. UCLA shall spend at least two hundred thousand dollars ($200,000.00) on storm water pollution prevention projects on the UCLA campus, as described below.

32.   UCLA shall install two storm water capture and reuse systems; one at the Sunset Recreation Parking Structure, and one at Parking Structure 05 ("PS 05"), both above-ground, multi-level parking structures.  At each parking structure, a retention tank will be installed, which will capture storm water runoff from the structure or lot drainage area.  The captured runoff will then be filtered, and the filtered runoff will be conveyed through a purple pipe to irrigate surrounding landscaping. UCLA shall design and implement the Parking Lot Projects as follows:

a.   The capture and reuse system installed at the Sunset Recreation Parking Structure shall prevent storm water discharges from the Structure during storm events up to the 10-year recurrence interval based on total precipitation by storm ("Control Storm Events"). The Control Storm Event is based on total rainfall for 24, 48 and 72 hour duration storms at a representative rain gauge set out in NOAA Atlas 14;

b.   The capture and reuse system installed at PS 05 shall capture, filter, and reuse at least 50% of the storm water runoff generated by the Control Storm Event.

33.   UCLA shall complete, and shall provide written notice of completion of, the installations described in paragraphs 32(a)-(b) above to Los Angeles Waterkeeper within nineteen (19) months of the Effective Date.

34.   As each system is installed, UCLA shall incorporate signage to educate its students and the public about the project and storm water mitigation generally, so the project can serve as a demonstration to other organizations and institutions.  The

signage shall note that the stormwater pollution prevention systems have been installed as a result of a collaborative effort by UCLA and Los Angeles Waterkeeper.

35.     If to complete any individual Parking Structure capture and reuse system required by this Consent Decree UCLA expends less than $200,000.00, any remaining balance from that project shall be used for additional environmentally beneficial projects not otherwise required by law to reduce toxic and conventional pollutant loads discharged in stormwater from the UCLA campus.

36.     Within ten (10) days of the Effective Date, UCLA shall confirm in writing to the United States Department of Justice (Arwyn Carroll (ENRD); Arwyn.Carroll@usdoj.gov; and Byrn Bowen (ENRD);Bryn.Bowen@usdoj.gov) that: (1) Defendant will be bound by the terms of the proposed Consent Decree; (2) it will spend the specified environmental mitigation amounts set out in the Consent Decree only for the purposes specified in the Consent Decree; (4) within thirty (30) days of the expenditure of funds for each environmental mitigation project required by the Consent Decree, Defendant shall submit to the Court, the United States, and Los Angeles Waterkeeper a document describing how the funds were spent, and confirming the funds were spent consistent with the terms of the Consent Decree.

### H.     Litigation Fees and Costs

37.     <u>Fees and Costs</u>. UCLA shall reimburse LA Waterkeeper in the amount of ninety-seven thousand one hundred sixty-five dollars and ninety-seven cents ($97,165.97) to help defray costs and fees associated with LA Waterkeeper's investigation, preparation, and service of the 60-Day Notice Letter and Complaint, expert/consultant fees and costs, negotiation of a resolution, and drafting/filing all

necessary documents with the Court in the public interest via this Consent Decree. Payment shall be delivered by certified mail or overnight delivery within thirty (30) calendar days of the Effective Date to: Sycamore Law, Inc., Attorney Client Trust Account, 1004 O'Reilly Ave, San Francisco, CA. 94129.

## IV.    DISPUTE RESOLUTION

38.    <u>Continuing Jurisdiction</u>. This Court shall retain jurisdiction over this matter for the term of this Consent Decree for the purposes of enforcing its terms and conditions, and adjudicating any and all disputes among the Parties that may arise relating to any provision of this Consent Decree. The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

39.    <u>Meet and Confer</u>. Either Party to this Consent Decree may invoke the dispute resolution procedures of this Section IV by notifying the other party in writing of the matter(s) in dispute and of the disputing party's proposal for resolution. The Parties shall then meet and confer in good faith (either telephonically or in person) within fourteen (14) calendar days of the date of the notice in an attempt to fully resolve the dispute.

40.    <u>Motion</u>. In the event that the Parties cannot fully resolve the dispute within thirty (30) calendar days of the meet and confer described in paragraph 39, the Parties agree that the dispute may be submitted for formal resolution by filing a motion before the United States District Court for the Central District of California. The Parties agree to request an expedited hearing schedule on the motion.

41.   <u>Prevailing Party Fees</u>. In resolving any dispute arising from this Consent Decree before the Court, the Court may award the prevailing Party reasonable fees and costs incurred pursuant to the provisions set forth in section 505(d) of the Clean Water Act, 33 U.S.C.§ 1365(d), applicable case law interpreting such provisions, or as otherwise provided for by statute and/or case law.

## V.   RELEASE OF LIABILITY AND CONVENANT NOT TO SUE

42.   <u>Waiver and Releases</u>. In consideration of the above, upon the Effective Date, LA Waterkeeper, on its own behalf and on behalf of its officers and directors, release The Regents, its officers, directors, managers, employees, members, parents, subsidiaries, divisions, affiliates, insurers, landlords, lenders, predecessors, successors or assigns, agents, attorneys and other representatives, from and waives all claims, demands, and causes of action of any kind, either at law or in equity, known or unknown, relating to the Facility, that were or could have been raised based on the 60-Day Notice Letter and/or Complaint up to and including the termination of this Consent Decree.

43.   Except as provided in Section IV of this Consent Decree, LA Waterkeeper and its officers, directors, attorneys, members, and any organization under the control of LA Waterkeeper, shall not pursue or file any action against The Regents seeking relief for any alleged violations of the Clean Water Act that were or could have been noticed and/or alleged in the 60-Day Notice Letter or Complaint relating to the Facility through and ending on the Termination Date.

44.   Nothing in this Consent Decree limits or otherwise affects either Party's right to address or take any position that either deems necessary or appropriate in any

informal or formal proceeding before the State Water Board, Regional Water Board, California EPA, U.S. EPA, or any other judicial or administrative body on any matter relating to The Regents' compliance at the Facility with the General Permit or the Clean Water Act.

## VI.    MISCELLANEOUS PROVISIONS

45.    <u>No Admission of Liability</u>. The Parties enter into this Consent Decree for the purpose of avoiding prolonged and costly litigation on disputed claims. Neither the Consent Decree nor any payment pursuant to the Consent Decree shall constitute or be construed as a finding, adjudication, or acknowledgement of any fact, law, or liability, nor shall it be construed as an admission of violation of any law, rule, or regulation. The Regents maintain and reserves all defenses it may have to any alleged violations that may be raised in the future.  Should the U.S. Department of Justice ("DOJ") object to some or all of this Consent Decree, or should the Consent Decree be invalidated in whole or part, The Regents shall retain, and shall not be deemed to have waived, any defenses that The Regents have to the claims in the Complaint, including but not limited to defenses based on jurisdiction and standing.

46.    <u>Counterparts</u>. This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document. Telecopy, electronic mail, and/or facsimile copies of an original signature shall be deemed to be originally executed counterparts of this Consent Decree.

47.    <u>Authority</u>. The undersigned representatives for LA Waterkeeper and The Regents each certify that they are fully authorized by the Party whom they represent

to enter into this Consent Decree. A Party's signature to this Consent Decree transmitted by facsimile or electronic mail shall be deemed binding.

48.   <u>Construction</u>. The language in all parts of this Consent Decree shall be construed according to its plain and ordinary meaning, except as to those terms defined in the General Permit, the Clean Water Act, or specifically herein. The captions and paragraph headings used in this Consent Decree are for reference only and shall not affect the construction of this Consent Decree.

49.   <u>Full Settlement</u>. This Consent Decree constitutes a full and final settlement of this matter.

50.   <u>Integration Clause</u>. This is an integrated Consent Decree. This Consent Decree is intended to be a full and complete statement of the terms of the agreement between the Parties and expressly supersedes any and all prior oral or written agreements, covenants, representations, and warranties (express or implied) concerning the subject matter of this Consent Decree.

51.   <u>Severability</u>. In the event that any provision, paragraph, section, or sentence of this Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

52.   <u>Choice of Law</u>. This Consent Decree shall be governed by the laws of the United States, and where applicable, the laws of the State of California, except its choice of law rules.

53.   <u>Negotiated Settlement</u>. The Parties have negotiated this Consent Decree and agree that it shall not be construed against the Party preparing it but shall be

construed as if the Parties jointly prepared this Consent Decree. Any uncertainty and ambiguity shall not be interpreted against any one Party.

54.     Modification of the Consent Decree. This Consent Decree, and any provisions herein, may not be changed, waived, discharged, or terminated unless by a written instrument, signed by the Parties. In the event that there is a dispute regarding a change, waiver, discharge, or termination of any provision(s), either Party shall invoke the Dispute Resolution procedures of this Consent Decree.

55.     Assignment. Subject only to the express restrictions contained in this Consent Decree, all of the rights, duties and obligations contained in this Consent Decree shall inure to the benefit of and be binding upon the Parties, and their successors and assigns. The Regents shall notify LA Waterkeeper within ten (10) calendar days of any assignment.

56.     Force Majeure. Either Party's performance of any requirement of this Consent Decree shall be extended or modified in the case of a force majeure event as follows:

  (a) A "force majeure event" is any event arising from causes beyond either Party's control that prevents or delays the performance of any requirement of this Consent Decree despite its best efforts to fulfill the requirement;

  (b) The requirement to exercise "best efforts to fulfill the requirement" includes using good faith efforts to anticipate any potential force majeure event and good faith efforts to address the effects of any such event (i) as it is occurring and (ii) after it has occurred, to prevent or

minimize any delay to the greatest extent possible;

(c) A force majeure event includes government orders or restrictions related to COVID-19 and comparable public health threats. Any Party seeking to rely upon this paragraph to excuse or postpone performance shall have the burden of establishing that it could not reasonably have been expected to avoid the force majeure event, and which by exercise of due diligence has been unable to overcome the failure to perform;

(d) A force majeure event does not include normal inclement weather, a financial inability to perform, or employee negligence;

(e) If The Regents seek to avoid performance of any requirement of this Consent Decree on account of a force majeure event, it shall provide written notice to LA Waterkeeper no later than ten (10) calendar days after the time that The Regents first knew of, or by the exercise of due diligence, should have known of, a force majeure event. The notice shall state the anticipated duration of any delay, its cause(s), and propose an alternative schedule for performing the affected requirement(s);

(f) If LA Waterkeeper agrees that a force majeure event has occurred, LA Waterkeeper shall agree to extend the time for The Regents to perform the affected requirement(s) for the time necessary to complete those obligations; and

(g) If LA Waterkeeper does not agree that a force majeure event has

occurred or does not agree to the extension of time sought by The
Regents, it may invoke the Dispute Resolution Procedures of this
Consent Decree.

57.     If for any reason the Federal Agencies object to, or the District Court should decline to approve, this Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify the Consent Decree within thirty (30) calendar days so that it is acceptable to the Federal Agencies and/or the District Court. If the Parties are unable to modify this Consent Decree in a mutually acceptable manner that is acceptable, this Consent Decree shall immediately be null and void as well as inadmissible, beginning when it is null and void, as a settlement communication under Federal Rule of Evidence 408 and California Evidence Code section 1152.

58.     Correspondence. All notices required herein or any other correspondence pertaining to this Consent Decree shall be, to the extent feasible, sent via electronic mail transmission to the e-mail address listed below, or if electronic mail is not feasible, then by certified U.S. mail with return receipt, overnight delivery, or by hand delivery to the following addresses:

If to Plaintiff:
Daniel Cooper
Sycamore Law, Inc.
1004 O'Reilly Ave
San Francisco CA 94129
Daniel@sycamore.law
(415) 360-2962

If to Defendant:
Michael J. Beck
Administrative Vice Chancellor
Box 951405, 2211 Murphy Hall
Los Angeles, CA 90095-1405
michaelbeck@adminvc.ucla.edu
(310) 825-2411

With copies to:
Barak Kamelgard
Senior Attorney
Benjamin Harris
Staff Attorney
Los Angeles Waterkeeper
360 E 2nd Street, Suite 250
Los Angeles, CA 90012
barak@lawaterkeeper.org
ben@lawaterkeeper.org
(310) 394-6162

With copies to:
Robert Swerdlow
University of California Los Angeles
Office of the Campus Counsel
3149 Murphy Hall
Los Angeles, CA 90095
rswerdlow@conet.ucla.edu
(310) 825-4042

Sarah Quiter
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
sarah.quiter@ucop.edu
(510) 987-0138

Notifications of communications shall be deemed received three (3) calendar days after the date that they are postmarked and sent by first-class mail, or upon proof of delivery for overnight delivery, upon receipt when personally delivered, or upon delivery after acknowledgement of receipt by the receiving party. Any change of address or addresses shall be communicated in the manner described above for giving notices.

The Settling Parties hereto enter into this Consent Decree and submit it to the Court for its approval and entry of final judgment.

IN WITNESS WHEREOF, the undersigned have executed this [proposed] Consent Decree as of the date set forth below.

**APPROVED AS TO CONTENT**

| | |
|---|---|
| LOS ANGELES WATERKEEPER | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

1

2

LOS ANGELES WATERKEEPER

3    by: _____

4    Bruce Reznik
     Executive Director

5

6    Date:   November 7, 2023

7    **APPROVED AS TO FORM**

8    SYCAMORE LAW, INC.

9    by: _____

10    Daniel Cooper
      Attorney for Plaintiff

11

12    Date:   November 7, 2023

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

by: _____

Date:   _____, 2023

by: _____

Sarah Quiter
Attorney for Defendant

Date:   _____, 2023

13

14    **IT IS SO ORDERED:**

15    Date: _____

16                              _____
                                HON. CHRISTINA A. SNYDER
17                              UNITED STATES DISTRICT JUDGE
                                CENTRAL DISTRICT OF CALIFORNIA
18

19

20

21

22

23

LOS ANGELES WATERKEEPER

by: _____
  Bruce Reznik
  Executive Director

Date: _____, 2023

**APPROVED AS TO FORM**

SYCAMORE LAW, INC.

by: _____
  Daniel Cooper
  Attorney for Plaintiff

Date: _____, 2023

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

by: _____
  Sarah Quiter
  Principal Counsel

Date: November 14, 2023

by: _____
  Robert Swerdlow
  Interim Deputy Campus Counsel,
  University of California, Los
  Angeles

Date: November 14, 2023

**IT IS SO ORDERED:**

Date: December 18, 2023

_____

DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

CONSENT DECREE                    23                    2:23-cv-07329

# EXHIBIT A

UCLA Cogeneration Plant Stormwater Capture and Reuse
Project Description

The Project will capture stormwater runoff associated with the 85th percentile 24-hour rainfall volumes and recirculate it back into the Cogeneration Plant via a series of new piping, storage tanks, pumps and other infrastructure.  The plant is an 86,000 square foot building that provides electric power, chilled water, and steam to the campus.

The stormwater discharge for the Cogeneration Plant is regulated by the California Regional Water Quality Control Board, Los Angeles Region by the issuance of the Industrial General Permit.  Based on the quality of the stormwater discharge and past regulatory pollutant exceedances, UCLA is required to implement a Level 1 Exceedance Response Action (ERA) to address metals in stormwater runoff.  The project will harvest and reuse stormwater collected from the roof of the Cogeneration Plant for use in the cooling towers.  As a result of the new system, stormwater from the Cogeneration Plant will no longer be discharged to the local municipal storm drain system, which flows to Sepulveda Canyon Channel, a tributary of Reach 2 of Ballona Creek.



# COGENERATION PLANT STORMWATER CAPTURE AND REUSE

## PROJECT NO. 906006.01

### UNIVERSITY OF CALIFORNIA, LOS ANGELES

COGENERATION PLANT
STORMWATER CAPTURE AND REUSE

G0.0

PROJECT DIRECTORY

PROJECT INFORMATION

SHEET INDEX

APPLICABLE CODES

EXISTING BUILDING DATA

BUILDING MAP - FACILITIES MANAGEMENT (CO-GENERATION PLANT)

REGULATORY REVIEW STAMPS

SITE MAP

VICINITY MAP

Case 2:23-cv-07329-CAS-SK   Document 18   Filed 12/18/23   Page 28 of 47   Page ID #:221

# UNIVERSITY OF CALIFORNIA LOS ANGELES
## BUILDING PERMIT

NO BUILDING OR STRUCTURE ON THE PROPERTY OF THE UNIVERSITY OF CALIFORNIA LOS ANGELES SHALL BE ERECTED, CONSTRUCTED, ENLARGED, ALTERED, REPAIRED, MOVED, IMPROVED, REMOVED, CONVERTED OR DEMOLISHED UNLESS APPROVAL HAS FIRST BEEN OBTAINED FROM THE CAMPUS BUILDING OFFICIAL. NO BUILDING OR STRUCTURE SHALL BE OCCUPIED UNLESS AN OCCUPANCY PERMIT HAS FIRST BEEN OBTAINED FROM THE CAMPUS BUILDING OFFICIAL. THIS PERMIT DOES NOT GRANT AUTHORIZATION FOR ANY WORK TO BE DONE IN ANY MANNER IN VIOLATION OF PROVISIONS OF THE CALIFORNIA BUILDING STANDARDS CODE OR OTHER APPLICABLE LAWS OR REGULATIONS.

## UCLA INSPECTION RECORD

DO NOT CONCEAL WORK UNTIL SIGNED BY GENERAL AND SPECIALITY INSPECTORS

### INSPECTORS FINALS

| | |
|---|---|
| GENERAL | |
| HVAC | |
| ELECTRICAL | |
| PLUMBING | |

### PROJECT INFORMATION

| | |
|---|---|
| PROJECT NAME: | |
| PROJECT NUMBER: | |
| BUILDING NAME: | FACILITIES MANAGEMENT BUILDING (CHILLER CO-GENERATION COGEN PLANT) |
| STREET ADDRESS / LOAD DESCRIPTION: | 731 CHARLES E. YOUNG DRIVE SOUTH, LOS ANGELES, CA 90095 |
| TYPE OF IMPROVEMENT: | IMPLEMENT A SYSTEM TO COLLECT, FILTER AND REUSE THE STORMWATER IN THE CO-GEN COOLING TOWERS |
| OCCUPANCY CATEGORY: III | CONSTRUCTION TYPE: TYPE II-A |
| USE: | MECHANICAL SPACE |
| APPROX/AMT/CONSTRUCTION VALUE: | $XXX,XXX |
| PROJECT MANAGER: | MICHAEL BENEDETTI |
| CONSTRUCT. OR MANAGER: | N/A |
| DESIGN PROFESSIONAL EMAILS: | |
| ARCHITECT: | OMAR NEWAGAID, AIA |
| STRUCTURAL ENGINEER: | DEGENKOLB ENGINEERS |
| HVAC ENGINEER: | N/A |
| PLUMBING ENGINEER: | PSE |
| ELECTRICAL ENGINEER: | PSE |
| FIRE PROTECTION ENGINEER: | N/A |
| OTHER: | N/A |

### APPROVALS



PURSUANT TO SECTION X1 OF THE UNIVERSITY OF CALIFORNIA FACILITIES MANUAL AND CHAPTER 10 OF THE CALIFORNIA BUILDING CODE PERMISSION BY THE CAMPUS BUILDING OFFICIAL IS HEREBY GRANTED EXPRESSED WITH CONSENT AND SHALL DROP THE WORK BASED ON THE APPROVAL OF CONSTRUCT DOCUMENT SUBJECT TO ALL APPLICABLE LAWS AND REGULATIONS. POLICIES AND PROCEDURES.

A COPY OF THIS BUILDING PERMIT AND OF APPROVED PLANS AND SPECIFICATIONS SHALL BE RETAINED ON THE JOB SITE AT ALL TIMES UNTIL FINAL INSPECTION HAS BEEN APPROVED.

ONE DAY CHANGES TO THE APPROACH/UNIT MUST BE REVIEWED AND APPROVED BY THE CAMPUS BUILDING OFFICIAL.

| | | |
|---|---|---|
| PERMIT'S VALIDITY PERIOD BASED AND STARTED BY THE CAMPUS BUILDING OFFICIAL | | |
| ENERGY PERFORMANCE CERTIFIED AND APPROVED ON SHEET | | |
| FIRE MARSHAL | Digitally signed by Carl Nuesca Date: 2022.06.29 08:09:13-07'00' | DATE: 6/24/2022 |
| ENVIRONMENTAL IMPACT CLASSIFICATION BEES FORM | | DATE: |
| ACCESSIBILITY | Digitally signed by Carl Nuesch Date: 2022.06.29 08:09:13-07'00' | DATE: 6/24/2022 |
| CAMPUS BUILDING OFFICIAL | | DATE: |

Permit extended to Dec 15, 2023. Construction must physically begin on or before that date. C Neseth 09/26/2023
Permit extended to Jun 25, 2023. Construction must physically begin on or before that date. C Neseth 03/06/2023
Permit extended to Jun 26, 2023. Construction must physically begin on or before that date. C Neseth
Addendum 1 submitted and re-issued 11/06/2022 for project number change, 20 sheets. C Neseth

### GENERAL INSPECTIONS

| PROJECT # | REMARKS | RE-INSPECT | ROUGH | FINISH |
|---|---|---|---|---|
| DEMOLITION | | | | |
| FOOTINGS / REINFORCEMENT | | | | |
| CONCRETE WALL / REINFORCEMENT | | | | |
| WATERPROOFING | | | | |
| STRUCTURAL STEEL / REINFORCEMENT | | | | |
| STRUCTURAL SLAB REINFORCEMENT | | | | |
| STRUCTURAL STEEL | | | | |
| SHEAR WALL/PLYWOOD | | | | |
| WALL FRAMING/PLYWOOD | | | | |
| ROOF FRAMING/PLYWOOD | | | | |
| FLOOR SHEATHING | | | | |
| ROOF SHEATHING | | | | |
| INSULATION | | | | |
| INTERIOR LATH | | | | |
| EXTERIOR LATH | | | | |
| DRYWALL | | | | |
| EXTERIOR STUCCO / EXP BOARD/GRID | | | | |
| CEILING GRID | | | | |
| WINDOWS | | | | |
| FIREPROOF | | | | |
| MASONRY / REINFORCEMENT | | | | |
| EPOXY / GROUTING | | | | |
| CEILING SYSTEM | | | | |
| SEISMIC ZONE | | | | |
| SEISMIC FASTENERS/BOLT/TEST TORQUE | | | | |

### ELECTRICAL INSPECTIONS

| PROJECT # | REMARKS | RE-INSPECT | ROUGH | FINISH |
|---|---|---|---|---|
| DUCT BANK/UG WIRING | | | | |
| UNDERGROUND | | | | |
| FIRE RATED | | | | |
| CONDUIT IN SLAB | | | | |
| CONDUIT IN WALL | | | | |
| ROUGH WIRING | | | | |
| HIGH VOLTAGE | | | | |
| OUTLETS | | | | |
| OUTLET & ABOVE | | | | |
| PANELS | | | | |
| SERVICE/ PANEL BOARD | | | | |
| SWITCHBOARD | | | | |
| WIRING DEVICES | | | | |
| SWITCHES/DIMMERS | | | | |
| LIGHTING FIXTURES | | | | |
| SERVICE GROUND | | | | |
| TRANSFORMERS | | | | |
| LOW VOLTAGE | | | | |
| MAIN SWITCHGEAR | | | | |
| GENERATOR | | | | |
| LIGHT FIXTURES | | | | |
| FEEDERS | | | | |
| PLUGS | | | | |
| TELEPHONE EQUIPMENT | | | | |
| CONDUITS | | | | |
| CONTROL WIRING/RELAY | | | | |
| FIRE ALARM | | | | |
| WARNING SIGNS | | | | |
| PLATED COVERS | | | | |
| COORDINATION STUDY | | | | |

### PLUMBING INSPECTIONS

| PROJECT # | REMARKS | RE-INSPECT | ROUGH | FINISH |
|---|---|---|---|---|
| SANITATION | | | | |
| DRAINS/VENTS | | | | |
| DRAIN / WASTE / VENT | | | | |
| ABOVE / BELOW | | | | |
| WATER LINES | | | | |
| DOMESTIC COLD WATER | | | | |
| DOMESTIC HOT WATER | | | | |
| INSULATION | | | | |
| HOT / COLD WATER | | | | |
| SEISMIC | | | | |
| GAS LINES | | | | |
| COVERS | | | | |
| FIXTURES/ BACKFLOW | | | | |
| MED GAS-AIR | | | | |
| MED GAS-OXYGEN | | | | |
| STORM DRAIN | | | | |
| STORM DRAIN | | | | |
| OUTLET VALVES | | | | |
| BACKING | | | | |
| FLOOR DRAINS | | | | |
| FLOOR/DRAIN LINES | | | | |
| VALVE GRAVITY | | | | |
| CONNECTIONS TO MAINS | | | | |
| NATURAL GAS | | | | |
| FIXTURES / BLDG | | | | |
| MEDICAL GAS SYSTEMS | | | | |
| WATER HEATERS | | | | |
| SOLAR PANELS | | | | |
| BACKFLOW | | | | |
| ABOVE GROUND | | | | |

### HVAC INSPECTIONS

| PROJECT # | REMARKS | RE-INSPECT | ROUGH | FINISH |
|---|---|---|---|---|
| DRAIN/VENTS | | | | |
| COMBUSTION AIR | | | | |
| EXHAUST AIR | | | | |
| DUCTWORK | | | | |
| PIPING/CONNECTION | | | | |
| INSULATION | | | | |
| CHILLED WATER | | | | |
| CONDENSER WATER | | | | |
| DRAINS | | | | |
| COMBUSTION SYSTEM | | | | |
| LOW PRESSURE STEAM | | | | |
| HIGH PRESSURE STEAM | | | | |
| CONDENSATE RETURN | | | | |
| CHEMICAL AIR | | | | |
| AIR HANDLING UNIT | | | | |
| FIRE DAMPERS | | | | |
| SMOKE DAMPERS | | | | |
| DUCT SMOKE DETECTORS | | | | |
| ACCESS DOORS | | | | |
| FIRE/SMOKE DAMPER (W/OBSERVE, NON-SEISMIC) | | | | |
| CEILING ACCESS | | | | |
| BALANCE OF AIR | | | | |
| BALANCE OF WATER | | | | |
| ROOF UNITS | | | | |
| EQUIPMENT & BASE | | | | |
| DAMPER/MIXED | | | | |
| BOILER LIMITS | | | | |
| INSTALLATION LIMITS | | | | |
| CONTROL SYSTEM | | | | |
| FIRE SHUTOFF CUTOFF VALVE VOLTAGE | | | | |
| DUCT DETECTORS | | | | |

### REQUIRED SPECIAL INSPECTIONS

| INSPECTION | REG'D IF CHECKED | INSPECTOR | DATE |
|---|---|---|---|
| SOILS COMPLIANCE (W/OC) | | | |
| FOUNDATION/EMBEDDED (N) | | | |
| STRUCTURAL CONCRETE OVER 2500 PSI | | | |
| PSI | | | |
| PRE-STRESSED CONCRETE | | | |
| POST-TENSIONED CONCRETE | | | |
| FIELD WELDING | | | |
| HIGH STRENGTH BOLTS | | | |
| SPRAYED FIRE | | | |
| APPL.ED FIREPROOFING | | | |
| REINFORCING | | | |
| INSULATION | | | |

### FIRE MARSHAL INSPECTIONS

| INSPECTION | REG'D IF CHECKED | INSPECTOR | DATE |
|---|---|---|---|
| FIRE ALARM/ROUGH/CONDUITS | | | |
| FIRE ALARM FINAL | | | |
| FIRE STOP/PENETRATE (SPRINKLER PIPING) | | | |
| RATED CONSTRUCTION | | | |
| EXIT SIGNS & LIGHTS | | | |
| FIRE DAMPER/SMOKE DETECTORS | | | |
| SPECIAL EXTING SMOKE SYSTEM | | | |
| PRE-ACTION | | | |
| KITCHEN HOOD SYSTEM | | | |
| FIRE SPRINKLER | | | |
| SEISMIC BRACING | | | |
| FIRE PUMP ROUGH | | | |
| FIRE STANDPIPES | | | |
| EMERGENCY EGRESS LIGHTING | | | |
| SYSTEM SIGNAGE | | | |



Case 2:23-cv-07329-CAS-SK   Document 18   Filed 12/18/23   Page 29 of 47   Page ID #:222









E210

UCLA
Facilities
Management

COGENERATION PLANT
STORMWATER CAPTURE AND REUSE













P200











ELEVATION OF WALL - GRID G

UCLA
Facilities Management

COGENERATION PLANT
STORMWATER CAPTURE AND REUSE

P205







① P-1 PUMP (GROUND FLOOR)
NO SCALE



② P-2 PUMP (BASEMENT)
NO SCALE



③ COMBINED PUMPED WATER UP A RISHAFT TO ROOF
NO SCALE

P302

Case 2:23-cv-07329-CAS-SK   Document 18   Filed 12/18/23   Page 43 of 47   Page ID #:236





P304

Case 2:23-cv-07329-CAS-SK   Document 18   Filed 12/18/23   Page 45 of 47   Page ID #:238



GENERAL NOTES

STORMWATER CAPTURE AND REUSE

UCLA

Facilities Management

mdp

P2S

S001



Case 2:23-cv-07329-CAS-SK   Document 18   Filed 12/18/23   Page 46 of 47   Page ID #:239



S502

STORMWATER CAPTURE AND REUSE

ANCHORAGE DETAILS